# Exhibit 1

| Def No. | Storename | Located in file | Page |
|---|---|---|---|
| 1 | CLPP'LI | Exh. 1 - part 1.pdf | 4 |
| 2 | Evshine | Exh. 1 - part 1.pdf | 7 |
| 3 | Guangzhou Jiufang Supply Chain | Exh. 1 - part 1.pdf | 10 |
| 4 | AFashionWorld | Exh. 1 - part 1.pdf | 13 |
| 5 | AINELL | Exh. 1 - part 1.pdf | 16 |
| 6 | Bakw shop | Exh. 1 - part 1.pdf | 19 |
| 7 | BearHug Footwear | Exh. 1 - part 1.pdf | 23 |
| 8 | Beatuy shoes | Exh. 1 - part 1.pdf | 28 |
| 9 | beautiful and lovely shoe | Exh. 1 - part 1.pdf | 32 |
| 10 | BINBAO local | Exh. 1 - part 1.pdf | 35 |
| 11 | Bokui | Exh. 1 - part 1.pdf | 38 |
| 12 | Bright Socks Jewel | Exh. 1 - part 1.pdf | 43 |
| 13 | Brilliant FootwearS | Exh. 1 - part 1.pdf | 46 |
| 14 | Brocade flower embroidered | Exh. 1 - part 1.pdf | 50 |
| 15 | CaiShoeHub | Exh. 1 - part 1.pdf | 54 |
| 16 | Chenle Trading Company | Exh. 1 - part 1.pdf | 58 |
| 17 | chimiwu | Exh. 1 - part 1.pdf | 61 |
| 18 | CINESTRIDE | Exh. 1 - part 1.pdf | 63 |
| 19 | CJPCustomization | Exh. 1 - part 1.pdf | 66 |
| 20 | CloudCrea Home Textiles | Exh. 1 - part 1.pdf | 69 |
| 21 | Colorful Shoe World | Exh. 1 - part 1.pdf | 72 |
| 22 | Comfy Slippers | Exh. 1 - part 1.pdf | 75 |
| 23 | Custom Pattern shoes | Exh. 1 - part 1.pdf | 79 |
| 24 | Cute product shop | Exh. 1 - part 1.pdf | 81 |
| 25 | CZS Mart | Exh. 1 - part 1.pdf | 84 |
| 26 | DealDash Depot | Exh. 1 - part 1.pdf | 87 |
| 27 | Elegant shoe shop | Exh. 1 - part 1.pdf | 91 |
| 28 | EQC shoes | Exh. 1 - part 1.pdf | 96 |
| 29 | everyBaby | Exh. 1 - part 1.pdf | 101 |
| 30 | Faddish Shop | Exh. 1 - part 1.pdf | 104 |
| 31 | Fine Pet Daily Gear Co | Exh. 1 - part 1.pdf | 108 |
| 32 | FootForward | Exh. 1 - part 1.pdf | 111 |
| 33 | Fortress in the Snow | Exh. 1 - part 1.pdf | 114 |
| 34 | Funsshop | Exh. 1 - part 1.pdf | 118 |
| 35 | GIOIO AAA | Exh. 1 - part 1.pdf | 122 |
| 36 | GOOD HHX | Exh. 1 - part 1.pdf | 126 |
| 37 | GRSW | Exh. 1 - part 1.pdf | 129 |
| 38 | HanMn | Exh. 1 - part 1.pdf | 132 |
| 39 | Happy shopping happy enough | Exh. 1 - part 1.pdf | 136 |
| 40 | Haven Apparell local | Exh. 1 - part 1.pdf | 139 |
| 41 | HKTWOSL | Exh. 1 - part 1.pdf | 142 |
| 42 | HKTWOSY | Exh. 1 - part 1.pdf | 145 |
| 43 | HKTWOYQ | Exh. 1 - part 1.pdf | 148 |
| 44 | HRSE | Exh. 1 - part 1.pdf | 151 |
| 45 | HuMeTD | Exh. 1 - part 1.pdf | 154 |
| 46 | HXY Boutique Cabin | Exh. 1 - part 1.pdf | 157 |
| 47 | ideal place | Exh. 1 - part 1.pdf | 161 |
| 48 | iKiKi | Exh. 1 - part 1.pdf | 164 |
| 49 | Jennys Shoe and Clothing | Exh. 1 - part 1.pdf | 167 |
| 50 | jilifang | Exh. 1 - part 1.pdf | 170 |

| Def No. | Storename | Located in file | Page |
|---|---|---|---|
| 51 | Jinjiang shoes city special | Exh. 1 - part 1.pdf | 173 |
| 52 | King printed shoes | Exh. 1 - part 1.pdf | 176 |
| 53 | KittyLocal | Exh. 1 - part 1.pdf | 179 |

DEF NO.: 1, STORENAME: CLPP'LI                                4
STOREURL: amazon.com/sp?seller=A3KM5HXIDDEKVY

| UGG Tasman |  |







DEF NO.: 2, STORENAME: Evshine 7
STOREURL: amazon.com/sp?seller=AS93LNJ42YBYM

| UGG Tasman |  |
|---|---|





DEF NO.: 2, STORENAME: Evshine        9

STOREURL: amazon.com/sp?seller=AS93LNJ42YBYM



DEF NO.: 3, STORENAME: Guangzhou Jiufang Supply Chain                 10
STOREURL: amazon.com/sp?seller=AIDD0VWR5E65J

| UGG Tasman |  |
| --- | --- |



DEF NO.: 3, STORENAME: Guangzhou Jiufang Supply Chain    11
STOREURL: amazon.com/sp?seller=AIDD0VWR5E65J



DEF NO.: 3, STORENAME: Guangzhou Jiufang Supply Chain                12
STOREURL: amazon.com/sp?seller=AIDD0VWR5E65J



DEF NO.: 4, STORENAME: AFashionWorld                                      13
STOREURL: temu.com/mall.html?mall_id=634418225819202

| UGG Tasman |  |
| --- | --- |



DEF NO.: 4, STORENAME: AFashionWorld
STOREURL: temu.com/mall.html?mall_id=634418225819202

14



DEF NO.: 4, STORENAME: AFashionWorld       15
STOREURL: temu.com/mall.html?mall_id=634418225819202



DEF NO.: 5, STORENAME: AINELL                                    16
STOREURL: temu.com/mall.html?mall_id=634418225594488

| UGG Tasman |  |
| --- | --- |

DEF NO.: 5, STORENAME: AINELL 17
STOREURL: temu.com/mall.html?mall_id=634418225594488





DEF NO.: 6, STORENAME: Bakw shop                                    19
STOREURL: temu.com/mall.html?mall_id=634418222917612

| UGG Tasman |  |

DEF NO.: 6, STORENAME: Bakw shop      20
STOREURL: temu.com/mall.html?mall_id=634418222917612



DEF NO.: 6, STORENAME: Bakw shop 21
STOREURL: temu.com/mall.html?mall_id=634418222917612



DEF NO.: 6, STORENAME: Bakw shop                                                    22
STOREURL: temu.com/mall.html?mall_id=634418222917612



DEF NO.: 7, STORENAME: BearHug Footwear                                    23
STOREURL: temu.com/mall.html?mall_id=634418224396987

| UGG Tasman |  |
|---|---|





DEF NO.: 7, STORENAME: BearHug Footwear                    25
STOREURL: temu.com/mall.html?mall_id=634418224396987



DEF NO.: 7, STORENAME: BearHug Footwear                                26
STOREURL: temu.com/mall.html?mall_id=634418224396987





DEF NO.: 8, STORENAME: Beatuy shoes         28
STOREURL: temu.com/mall.html?mall_id=634418211647153

| UGG Tasman | |
|---|---|



DEF NO.: 8, STORENAME: Beatuy shoes                                    29
STOREURL: temu.com/mall.html?mall_id=634418211647153



DEF NO.: 8, STORENAME: Beatuy shoes                     30
STOREURL: temu.com/mall.html?mall_id=634418211647153





DEF NO.: 9, STORENAME: beautiful and lovely shoe                     32
STOREURL: temu.com/mall.html?mall_id=634418225112601

| UGG Tasman |  |
| --- | --- |



DEF NO.: 9, STORENAME: beautiful and lovely shoe                                    33
STOREURL: temu.com/mall.html?mall_id=634418225112601



DEF NO.: 9, STORENAME: beautiful and lovely shoe                                    34
STOREURL: temu.com/mall.html?mall_id=634418225112601



| UGG Tasman |  |
| --- | --- |





DEF NO.: 10, STORENAME: BINBAO local                                                37
STOREURL: temu.com/mall.html?mall_id=634418223882202



DEF NO.: 11, STORENAME: Bokui
STOREURL: temu.com/mall.html?mall_id=634418222189033

| UGG Tasman |  |
| --- | --- |



DEF NO.: 11, STORENAME: Bokui

STOREURL: temu.com/mall.html?mall_id=634418222189033





DEF NO.: 11, STORENAME: Bokui                                              42
STOREURL: temu.com/mall.html?mall_id=634418222189033



| UGG Tasman |  |
| --- | --- |



DEF NO.: 12, STORENAME: Bright Socks Jewel                                        44
STOREURL: temu.com/mall.html?mall_id=634418226325524



DEF NO.: 12, STORENAME: Bright Socks Jewel        45
STOREURL: temu.com/mall.html?mall_id=634418226325524



DEF NO.: 13, STORENAME: Brilliant FootwearS                              46
STOREURL: temu.com/mall.html?mall_id=634418224510362

| UGG Tasman |  |
| --- | --- |





DEF NO.: 13, STORENAME: Brilliant FootwearS 49
STOREURL: temu.com/mall.html?mall_id=634418224510362



DEF NO.: 14, STORENAME: Brocade flower embroidered 50
STOREURL: temu.com/mall.html?mall_id=928945252987

| UGG Tasman |  |
|---|---|



DEF NO.: 14, STORENAME: Brocade flower embroidered          51
STOREURL: temu.com/mall.html?mall_id=928945252987



DEF NO.: 14, STORENAME: Brocade flower embroidered                    52
STOREURL: temu.com/mall.html?mall_id=928945252987



DEF NO.: 14, STORENAME: Brocade flower embroidered 53
STOREURL: temu.com/mall.html?mall_id=928945252987



DEF NO.: 15, STORENAME: CaiShoeHub                                              54
STOREURL: temu.com/mall.html?mall_id=634418227214947

| UGG Tasman |  |
| --- | --- |

DEF NO.: 15, STORENAME: CaiShoeHub

55

STOREURL: temu.com/mall.html?mall_id=634418227214947



DEF NO.: 15, STORENAME: CaiShoeHub                                            56
STOREURL: temu.com/mall.html?mall_id=634418227214947



Case: 1:26-cv-01052 Document #: 1-1 Filed: 01/29/26 Page 57 of 182 PageID #:69
DEF NO.: 15, STORENAME: CaiShoeHub                                                57
STOREURL: temu.com/mall.html?mall_id=634418227214947



DEF NO.: 16, STORENAME: Chenle Trading Company          58
STOREURL: temu.com/mall.html?mall_id=634418223659158

| UGG Tasman |  |
| --- | --- |



DEF NO.: 16, STORENAME: Chenle Trading Company          59
STOREURL: temu.com/mall.html?mall_id=634418223659158



DEF NO.: 16, STORENAME: Chenle Trading Company          60
STOREURL: temu.com/mall.html?mall_id=634418223659158



| UGG Tasman |  |
| --- | --- |

DEF NO.: 17, STORENAME: chimiwu                                                    62
STOREURL: temu.com/mall.html?mall_id=634418227574319



DEF NO.: 18, STORENAME: CINESTRIDE                                                  63
STOREURL: temu.com/mall.html?mall_id=634418224554807

| UGG Tasman |  |
| --- | --- |



DEF NO.: 18, STORENAME: CINESTRIDE                                          64
STOREURL: temu.com/mall.html?mall_id=634418224554807





| UGG Tasman | |
|---|---|



DEF NO.: 19, STORENAME: CJPCustomization                                       67
STOREURL: temu.com/mall.html?mall_id=634418226640415



DEF NO.: 19, STORENAME: CJPCustomization                    68
STOREURL: temu.com/mall.html?mall_id=634418226640415



DEF NO.: 20, STORENAME: CloudCrea Home Textiles                                     69
STOREURL: temu.com/mall.html?mall_id=634418224756044

| UGG Tasman |  |
|---|---|





DEF NO.: 20, STORENAME: CloudCrea Home Textiles 71
STOREURL: temu.com/mall.html?mall_id=634418224756044



| UGG Tasman |  |
|------------|---------|



DEF NO.: 21, STORENAME: Colorful Shoe World                                73
STOREURL: temu.com/mall.html?mall_id=634418223218749



DEF NO.: 21, STORENAME: Colorful Shoe World                    74
STOREURL: temu.com/mall.html?mall_id=634418223218749



DEF NO.: 22, STORENAME: Comfy Slippers                    75
STOREURL: temu.com/mall.html?mall_id=634418219611114

| UGG Tasman |  |

DEF NO.: 22, STORENAME: Comfy Slippers                    76
STOREURL: temu.com/mall.html?mall_id=634418219611114



DEF NO.: 22, STORENAME: Comfy Slippers                                        77
STOREURL: temu.com/mall.html?mall_id=634418219611114





| UGG Tasman |  |
| --- | --- |



DEF NO.: 23, STORENAME: Custom Pattern shoes          80
STOREURL: temu.com/mall.html?mall_id=634418219724834



DEF NO.: 24, STORENAME: Cute product shop                           81
STOREURL: temu.com/mall.html?mall_id=634418226839309

| UGG Tasman |  |
| --- | --- |



DEF NO.: 24, STORENAME: Cute product shop      82
STOREURL: temu.com/mall.html?mall_id=634418226839309



DEF NO.: 24, STORENAME: Cute product shop                    83
STOREURL: temu.com/mall.html?mall_id=634418226839309



DEF NO.: 25, STORENAME: CZS Mart                                                84
STOREURL: temu.com/mall.html?mall_id=634418222796943

| UGG Tasman |  |
| --- | --- |





DEF NO.: 25, STORENAME: CZS Mart                                    86
STOREURL: temu.com/mall.html?mall_id=634418222796943



DEF NO.: 26, STORENAME: DealDash Depot                                                 87
STOREURL: temu.com/mall.html?mall_id=634418224057343

| UGG Tasman |  |

DEF NO.: 26, STORENAME: DealDash Depot                                    88
STOREURL: temu.com/mall.html?mall_id=634418224057343



DEF NO.: 26, STORENAME: DealDash Depot                                                89
STOREURL: temu.com/mall.html?mall_id=634418224057343



DEF NO.: 26, STORENAME: DealDash Depot 90
STOREURL: temu.com/mall.html?mall_id=634418224057343



DEF NO.: 27, STORENAME: Elegant shoe shop                    91
STOREURL: temu.com/mall.html?mall_id=634418224258866

| UGG Tasman | |
|---|---|



DEF NO.: 27, STORENAME: Elegant shoe shop
STOREURL: temu.com/mall.html?mall_id=634418224258866





DEF NO.: 27, STORENAME: Elegant shoe shop                                94
STOREURL: temu.com/mall.html?mall_id=634418224258866





| UGG Tasman |  |



DEF NO.: 28, STORENAME: EQC shoes                                                        97
STOREURL: temu.com/mall.html?mall_id=634418224449342



DEF NO.: 28, STORENAME: EQC shoes                                                                98
STOREURL: temu.com/mall.html?mall_id=634418224449342



DEF NO.: 28, STORENAME: EQC shoes                                                                                   99
STOREURL: temu.com/mall.html?mall_id=634418224449342



DEF NO.: 28, STORENAME: EQC shoes                                                          100
STOREURL: temu.com/mall.html?mall_id=634418224449342



| UGG Tasman |  |
| --- | --- |



DEF NO.: 29, STORENAME: everyBaby      102
STOREURL: temu.com/mall.html?mall_id=634418215640006



DEF NO.: 29, STORENAME: everyBaby                                                                103
STOREURL: temu.com/mall.html?mall_id=634418215640006

---

**Receipt**

🔒 All data is safeguarded ›

🖨 Print receipt

**TEMU**

To prevent excess packaging waste, we do not include paper receipts. However, you can always print one out for your records.

**Order summary**

| | |
|---|---|
| Order ID: | PO-211-14363219564150005 |
| Order time: | Dec 27, 2025 |
| Item(s) total: | $59.97 |
| Item(s) discount: | -$32.07 |
| Subtotal: | $27.90 |
| Shipping: | FREE |
| Sales tax: | $2.86 |
| Order total: | $30.76 |

**Shipping address**

Giovanni George +1 (773)673-7107 , 200 W MADISON ST, STE 2100 B21, CHICAGO, IL 60606, United States

**Payment method**

🛡 Temu is committed to protecting your payment information. We follow PCI DSS standards, use strong encryption, and perform regular reviews of its system to protect your privacy.

VISA   Visa ...0558                                                                    $30.76

Billing address: Greer Burns Crain +1 (773)673-7107, 200 W Madison St, Ste 2100 A1, CHICAGO, IL 60606, United States

**Item details (3)**

| | | |
|---|---|---|
| | ZOSIVC Women's Plush Fleece-Lined Slip-On Wi... | $9.30 |
| | Label size: CN 36-37(US 6.5-7) / Beige | ×3 |
| | By 🔴 everyBaby | |

DEF NO.: 30, STORENAME: Faddish Shop

104

STOREURL: temu.com/mall.html?mall_id=634418216041017

| UGG Tasman | |
|---|---|





DEF NO.: 30, STORENAME: Faddish Shop                                   106
STOREURL: temu.com/mall.html?mall_id=634418216041017



DEF NO.: 30, STORENAME: Faddish Shop                107
STOREURL: temu.com/mall.html?mall_id=634418216041017



DEF NO.: 31, STORENAME: Fine Pet Daily Gear Co                    108
STOREURL: temu.com/mall.html?mall_id=634418228224814

| UGG Tasman |  |
|---|---|





DEF NO.: 31, STORENAME: Fine Pet Daily Gear Co                                110
STOREURL: temu.com/mall.html?mall_id=634418228224814



DEF NO.: 32, STORENAME: FootForward 111
STOREURL: temu.com/mall.html?mall_id=634418223301523

| UGG Tasman |  |
| --- | --- |



DEF NO.: 32, STORENAME: FootForward

112

STOREURL: temu.com/mall.html?mall_id=634418223301523



DEF NO.: 32, STORENAME: FootForward                                    113
STOREURL: temu.com/mall.html?mall_id=634418223301523

DEF NO.: 33, STORENAME: Fortress in the Snow          114
STOREURL: temu.com/mall.html?mall_id=634418226653125

| UGG Tasman |  |
| --- | --- |



Case: 1:26-cv-01052 Document #: 1-1 Filed: 01/29/26 Page 115 of 182 PageID #:127
DEF NO.: 33, STORENAME: Fortress in the Snow                                                    115
STOREURL: temu.com/mall.html?mall_id=634418226653125







| UGG Tasman |  |
|---|---|

DEF NO.: 34, STORENAME: Funsshop                                            119
STOREURL: temu.com/mall.html?mall_id=634418215291748



DEF NO.: 34, STORENAME: Funsshop                                                                 120
STOREURL: temu.com/mall.html?mall_id=634418215291748



Case: 1:26-cv-01052 Document #: 1-1 Filed: 01/29/26 Page 121 of 182 PageID #:133
DEF NO.: 34, STORENAME: Funsshop 121
STOREURL: temu.com/mall.html?mall_id=634418215291748



DEF NO.: 35, STORENAME: GIOIO AAA                                    122
STOREURL: temu.com/mall.html?mall_id=634418226657943

| UGG Tasman |  |



DEF NO.: 35, STORENAME: GIOIO AAA 123
STOREURL: temu.com/mall.html?mall_id=634418226657943



DEF NO.: 35, STORENAME: GIOIO AAA                                                                 124
STOREURL: temu.com/mall.html?mall_id=634418226657943



DEF NO.: 35, STORENAME: GIOIO AAA                                                          125
STOREURL: temu.com/mall.html?mall_id=634418226657943



Order summary

| | |
|---|---|
| Order ID: | PO-211-08406086802553542 |
| Order time: | Dec 28, 2025 |
| Item(s) total: | $57.44 |
| Item(s) discount: | -$46.28 |
| Subtotal: | $11.16 |
| Shipping: | $2.99 |
| Sales tax: | $1.14 |
| Order total: | **$15.29** |

Shipping address

Rhonda Darnell +1 (740)297-0780 . 200 W Madison St, STE 2100, CHICAGO, IL 60606, United States

Payment method

✔ Temu is committed to protecting your payment information. We follow PCI DSS standards, use strong encryption, and perform regular reviews of its system to protect your privacy.

VISA  Visa ...6896                                                                        $15.29
       Paid on Dec 28, 2025

Billing address: GREER BURNS CRAIN +1 (312)358-0016, 300 S Wacker Dr, Suite 2500, CHICAGO, IL 60606-6680, United States

Item details (1)

| | | |
|---|---|---|
| | Women's Non-Slip Warm Plush Slippers with Thi... | $11.16 |
| | Coffee color / Label size: CN 42-43(US 9.5-10) | ×1 |

By GIOIO AAA

DEF NO.: 36, STORENAME: GOOD HHX                                              126
STOREURL: temu.com/mall.html?mall_id=634418226169273

| UGG Tasman | |
|---|---|



DEF NO.: 36, STORENAME: GOOD HHX                                    127
STOREURL: temu.com/mall.html?mall_id=634418226169273

DEF NO.: 36, STORENAME: GOOD HHX                          128
STOREURL: temu.com/mall.html?mall_id=634418226169273



DEF NO.: 37, STORENAME: GRSW 129
STOREURL: temu.com/mall.html?mall_id=634418225516905

| UGG Tasman |  |
|---|---|



DEF NO.: 37, STORENAME: GRSW 130
STOREURL: temu.com/mall.html?mall_id=634418225516905



DEF NO.: 37, STORENAME: GRSW                                                                 131
STOREURL: temu.com/mall.html?mall_id=634418225516905



DEF NO.: 38, STORENAME: HanMn                                    132
STOREURL: temu.com/mall.html?mall_id=634418225178744

| UGG Tasman |  |




DEF NO.: 38, STORENAME: HanMn                                                                  134
STOREURL: temu.com/mall.html?mall_id=634418225178744



DEF NO.: 38, STORENAME: HanMn                                                                                    135
STOREURL: temu.com/mall.html?mall_id=634418225178744

Home › Your orders › Order details › Receipt

## Receipt                                                                                      🖶 Print receipt

🔒 All data is safeguarded ›

**TEMU**

To prevent excess packaging waste, we do not include paper receipts. However, you can always print one out for your records.

### Order summary

| | |
|---|---|
| Order ID: | PO-211-14363242414710005 |
| Order time: | Dec 27, 2025 |
| Item(s) total: | ~~$108.44~~ |
| Item(s) discount: | -$84.36 |
| Subtotal: | $24.08 |
| Shipping: | FREE |
| Sales tax: | $2.47 |
| Order total: | **$26.55** |

### Shipping address

German George +1 (773)673-7107 , 200 W MADISON ST, STE 2100 B16, CHICAGO, IL 60606, United States

### Payment method

✅ Temu is committed to protecting your payment information. We follow PCI DSS standards, use strong encryption, and perform regular reviews of its system to protect your privacy.

**VISA** Visa ...0558                                                                              $26.55

Billing address: Greer Burns Crain +1 (773)673-7107, 200 W Madison St, Ste 2100 A1, CHICAGO, IL 60606, United States

### Item details (4)

| | | |
|---|---|---|
| Unisex Autumn and Winter Comfortable Padded... | $5.94 | ×3 |
| Label size: CN 36-37(US 5.5-6) / Grey | | |
| By 🔹 HanMn | | |
| Unisex Slippers That Are Warm And Comfortabl... | $6.26 | ×1 |
| Label size: CN 38-39(US 5.5-6) / Black | | |
| By 🔹 HanMn | | |

DEF NO.: 39, STORENAME: Happy shopping happy enough       136
STOREURL: temu.com/mall.html?mall_id=634418216741781

| UGG Tasman |  |
| --- | --- |



DEF NO.: 39, STORENAME: Happy shopping happy enough                    137
STOREURL: temu.com/mall.html?mall_id=634418216741781



DEF NO.: 39, STORENAME: Happy shopping happy enough                    138
STOREURL: temu.com/mall.html?mall_id=634418216741781



DEF NO.: 40, STORENAME: Haven Apparell local     139
STOREURL: temu.com/mall.html?mall_id=634418224782593

| UGG Tasman | |
|---|---|



DEF NO.: 40, STORENAME: Haven Apparell local                    140
STOREURL: temu.com/mall.html?mall_id=634418224782593



DEF NO.: 40, STORENAME: Haven Apparell local                                     141
STOREURL: temu.com/mall.html?mall_id=634418224782593

| UGG Tasman |  |
|---|---|





DEF NO.: 41, STORENAME: HKTWOSL                                                                    144
STOREURL: temu.com/mall.html?mall_id=634418223875274

## Order summary

| | |
|---|---|
| Order ID: | PO-211-09780610232953542 |
| Order time: | Jan 4, 2026 |
| Item(s) total: | $26.26 |
| Shipping: | $2.99 |
| Sales tax: | $2.69 |
| Credit: | -$15.10 |
| Order total: | $16.84 |

## Shipping address

**Winston Darnell +1 (740)297-0780 , 200 W Madison St, STE 2100, CHICAGO, IL 60606, United States**

## Payment method

✅ Temu is committed to protecting your payment information. We follow PCI DSS standards, use strong encryption, and perform regular reviews of its system to protect your privacy.

VISA    Visa ...6896                                                                    $16.84
        Paid on Jan 4, 2026

Billing address: GREER BURNS CRAIN +1 (312)358-0016, 300 S Wacker Dr, Suite 2500, CHICAGO, IL 60606-6680, United States

You have applied $15.10 Credit on this order

## Item details (1)

| | | |
|---|---|---|
| | Women'S Slip-On Platform Mini Boots with Flee... | $26.26 |
| | Dark Brown / Label size: 6-7 | ×1 |
| | By — HKTWOSL | |

| UGG Tasman |  |
| --- | --- |



DEF NO.: 42, STORENAME: HKTWOSY                                                                          146

STOREURL: temu.com/mall.html?mall_id=634418223874522



| UGG Tasman |  |
| --- | --- |



DEF NO.: 43, STORENAME: HKTWOYQ

149

STOREURL: temu.com/mall.html?mall_id=634418223873906

## Store Information

**Business Name**

HONGKONG YIQU TIMES TECHNOLOGY CO., LIMITED

**Address**

Room B3, 19/F, Tung Lee Commercial Building, 91-97 JERVOIS STREET, Sheung Wan

Central and Western District

999077

Hong Kong Special Administrative Region, Hong Kong Island China

The address displayed is the business address. Items with the "Local warehouse" tag may ship from US-based warehouses or fulfillment centers. Some items are shipped from overseas warehouses but will have tracking information for the domestic portion, which is arranged by U.S. warehouses.

**Note**

If you have any inquiries, you may contact this store through the direct chat function.

DEF NO.: 43, STORENAME: HKTWOYQ         150

STOREURL: temu.com/mall.html?mall_id=634418223873906



| UGG Tasman |  |
|---|---|



DEF NO.: 44, STORENAME: HRSE                                                    152
STOREURL: temu.com/mall.html?mall_id=634418225516636



Case: 1:26-cv-01052 Document #: 1-1 Filed: 01/29/26 Page 153 of 182 PageID #:165
DEF NO.: 44, STORENAME: HRSE                                                     153
STOREURL: temu.com/mall.html?mall_id=634418225516636



DEF NO.: 45, STORENAME: HuMeTD                                    154
STOREURL: temu.com/mall.html?mall_id=634418225179246

| UGG Tasman |  |
|---|---|



DEF NO.: 45, STORENAME: HuMeTD 155
STOREURL: temu.com/mall.html?mall_id=634418225179246



DEF NO.: 45, STORENAME: HuMeTD                                                                156
STOREURL: temu.com/mall.html?mall_id=634418225179246

DEF NO.: 46, STORENAME: HXY Boutique Cabin                    157
STOREURL: temu.com/mall.html?mall_id=634418218944727

| UGG Tasman |  |

DEF NO.: 46, STORENAME: HXY Boutique Cabin
STOREURL: temu.com/mall.html?mall_id=634418218944727

158





DEF NO.: 46, STORENAME: HXY Boutique Cabin                    160
STOREURL: temu.com/mall.html?mall_id=634418218944727



DEF NO.: 47, STORENAME: ideal place
161
STOREURL: temu.com/mall.html?mall_id=634418226563673

| UGG Tasman |  |
| --- | --- |



DEF NO.: 47, STORENAME: ideal place 162
STOREURL: temu.com/mall.html?mall_id=634418226563673



DEF NO.: 47, STORENAME: ideal place                                                                                     163
STOREURL: temu.com/mall.html?mall_id=634418226563673



DEF NO.: 48, STORENAME: iKiKi      164
STOREURL: temu.com/mall.html?mall_id=634418212475703

| UGG Tasman |  |
|---|---|



DEF NO.: 48, STORENAME: iKiKi                                                                165

STOREURL: temu.com/mall.html?mall_id=634418212475703



DEF NO.: 48, STORENAME: iKiKi                                              166
STOREURL: temu.com/mall.html?mall_id=634418212475703



DEF NO.: 49, STORENAME: Jennys Shoe and Clothing                    167
STOREURL: temu.com/mall.html?mall_id=634418223926913

| UGG Tasman |  |



DEF NO.: 49, STORENAME: Jennys Shoe and Clothing          168
STOREURL: temu.com/mall.html?mall_id=634418223926913



DEF NO.: 49, STORENAME: Jennys Shoe and Clothing                    169
STOREURL: temu.com/mall.html?mall_id=634418223926913



DEF NO.: 50, STORENAME: jilifang                                            170
STOREURL: temu.com/mall.html?mall_id=634418216906395

| UGG Tasman |  |



DEF NO.: 50, STORENAME: jilifang                                                                    171
STOREURL: temu.com/mall.html?mall_id=634418216906395





| UGG Tasman |  |
|---|---|



DEF NO.: 51, STORENAME: Jinjiang shoes city special                    174
STOREURL: temu.com/mall.html?mall_id=2747209056353



DEF NO.: 51, STORENAME: Jinjiang shoes city special

175

STOREURL: temu.com/mall.html?mall_id=2747209056353



| UGG Tasman |  |
| --- | --- |



DEF NO.: 52, STORENAME: King printed shoes                 177
STOREURL: temu.com/mall.html?mall_id=634418220054660



DEF NO.: 52, STORENAME: King printed shoes                    178
STOREURL: temu.com/mall.html?mall_id=634418220054660



DEF NO.: 53, STORENAME: KittyLocal                                       179
STOREURL: temu.com/mall.html?mall_id=634418227297795

| UGG Tasman |  |

DEF NO.: 53, STORENAME: KittyLocal 180
STOREURL: temu.com/mall.html?mall_id=634418227297795

DEF NO.: 53, STORENAME: KittyLocal                    181
STOREURL: temu.com/mall.html?mall_id=634418227297795



DEF NO.: 53, STORENAME: KittyLocal                                                                    182
STOREURL: temu.com/mall.html?mall_id=634418227297795

