**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Deckers Outdoor Corporation

                                  Plaintiff,

v.                                                                  Case No.: 1:26–cv–01052
                                                                    Honorable Thomas M. Durkin
CLPP'LI, et al.

                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 22, 2026:

    MINUTE entry before the Honorable Thomas M. Durkin: Evshine filed a motion to dismiss for insufficient service of process, as barred by Federal Rule of Civil Procedure 41 and *res judicata,* and as a sanction for judge–shopping. R. 21. While that motion was being briefed, the Seventh Circuit issued its opinion in *Kangol LLC v. Hangzhou Chuanyue Silk Imp. & Exp. Co.,* No. 25–2205, 2026 WL 1502198 (7th Cir. May 29, 2026), holding that the Hague Convention prohibits service by e–mail in China. This Court authorized electronic service of process in this case based on its conclusion that the Hague Convention does not prohibit service by e–mail in China. *See, e.g., Hangzhou Chic Intelligent Tech. Co. v. Schedule A,* No. 20 C 4806, 2021 WL 1222783, at *34 (N.D. Ill. Apr. 1, 2021). Because *Kangol* clearly holds otherwise, that order was erroneous. On that basis, the Court vacates the order authorizing electronic service and quashes the service effectuated on Evshine. Therefore, the motion [21] is granted insofar as Evshine asks the Court to quash service as an alternative to dismissal (R. 47 at 1 n.1) and is otherwise continued. Evshine confirms by sworn declaration and supporting records that the address listed on its Amazon storefront is legitimate and active. Deckers is granted leave to serve Evshine through the Hague Convention. Deckers shall file written report on the status of service by 7/22/2026. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.